AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by _____ D.C.

JUL 2 3 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

United States of America )
v. )
)  Case No.   13-8344-JMH
)
ELPHINSTON DEREK DUHANEY, )
a/k/a "Elphinston Dereck Mark Duheany," )
)
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___July 11, 2013___ in the county of ___Palm Beach___ in the ___Southern___ District of ___Florida___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(2) | Illegal re-entry after deportation of an aggravated felon. |

This criminal complaint is based on these facts:

PLEASE SEE AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Andy Korzen, Deportation Officer, ICE
*Printed name and title*

I find probable cause.

Sworn to before me and signed in my presence.

Date: 7/23/13

*Judge's signature*

City and state:   West Palm Beach, Florida          James M. Hopkins, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT
# OF
# ANDY KORZEN
# UNITED STATES DEPARTMENT OF HOMELAND SECURITY
# IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over ten years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge, as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation, but only those facts necessary to establish probable cause to believe that Elphinston Derek DUHANEY, a/k/a "Elphinston Dereck Mark DUHEANY," has committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

3. On or about July 11, 2013, Elphinston Derek DUHANEY was arrested in Palm Beach County, Florida on charges of possession of cocaine, possession of marijuana, and failure to appear for a misdemeanor offense. He was booked in and is currently being detained at the Palm Beach County Jail.

4. On or about July 15, 2013, at the Palm Beach County Jail, Immigration Enforcement Agent Cynthia Alcocer took a sworn post *Miranda* statement from Elphinston Derek DUHANEY. During the course of this statement, Elphinston Derek DUHANEY admitted

to being a citizen of Belize. He further admitted to last entering into the United States illegally in 2004 after being deported from the United States on three separate occasions. Elphinston Derek DUHANEY also admitted that he did not seek permission from the U.S. Government to re-enter the United States.

5. On or about July 16, 2013, I received the immigration alien file assigned to Elphinston Derek DUHANEY. Records within this alien file establish that Elphinston Derek DUHANEY is a native and citizen of Belize. Records further show that on or about May 7, 1984, Elphinston Derek DUHANEY was ordered removed from the United States. The Order of Removal was executed on or about June 1, 1984, whereby Elphinston Derek DUHANEY was removed from the United States and returned to Belize. Thereafter, Elphinston Derek DUHANEY re-entered into the United States illegally and on or about August 18, 1998, was again ordered removed. This warrant of removal was executed on or about August 20, 1998, whereby Elphinston Derek DUHANEY was removed from the United States and returned to Belize for the second time. Thereafter, Elphinston Derek DUHANEY re-entered the United States illegally and was removed on two additional separate occasions, namely on or about March 10, 1999, and or about August 16, 2004.

6. Records further show that on or about October 24, 1983, in the United States District Court for the Southern District of California, Elphinston Derek DUHANEY was convicted of the offense of False Claim to United States Citizenship in case number 83-0622-K.

7. Additional records obtained show that on or about June 22, 2001, in the Superior Court of the State of California for the County of Los Angeles, Elphinston Derek DUHANEY was convicted of Sale/Transportation/Offer to Sell a Controlled Substance, namely, cocaine base in case number BA214965.

8. Town of Palm Beach Police Department Fingerprint Examiner Gregory Parkinson conducted a fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on or about July 11, 2013, that is, Elphinston Derek DUHANEY was the same person previously removed from the United States on or about August 16, 2004.

9. On or about July 17, 2013, I received the Certificate of Nonexistence of Records pertaining to Alien File Number A034 074 218 for the alien identified as Elphinston Derek DUHANEY, verifying that, after a diligent search, no record was found to exist indicating that Elphinston Derek DUHANEY had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security for re-admission into the United States as required by law.

10. Based on the foregoing, I respectfully submit that there exists probable cause to believe that, on or about July 11, 2013, Elphinston Derek DUHANEY, a/k/a "Elphinston Dereck Mark DUHEANY," an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this 23 day of July, 2013.

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ELPHINSTON DEREK DUHANEY,
a/k/a "Elphinston Dereck Mark Duheany"

Case No.: 13-8344-JMH

Count #: 1

Illegal re-entry after deportation of an aggravated felon.

8 U.S.C. §§ 1326(a)

**\* Max.Penalty**: 20 years imprisonment; $250,000 fine; 5 years supervised release.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-8344-JMH

UNITED STATES OF AMERICA

vs.

ELPHINSTON DEREK DUHANEY,
a/k/a "Elphinston Dereck Mark Duheany,"

        Defendant.

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
Jennifer C. Millien
Assistant United States Attorney
Florida Bar No. 171700
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
TEL: (561) 820-8711
FAX: (561) 805-9846